UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DOUGLAS W. VEGA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No.: 3:07-cv-287 |
| ) | (VARLAN/GUYTON) |
| SHERIFF JAMES HARVILLE and ) | |
| GRAINGER COUNTY SHERIFF'S OFFICE, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the defendants' motion to dismiss is **GRANTED** and this action is **DISMISSED**. All other pending motions are **DENIED** as **MOOT**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Plaintiff is **DENIED** leave to proceed *in forma pauperis* on appeal.

**E N T E R :**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Patricia L. McNutt
CLERK OF COURT